## YOUNG *v.* BEAR.

[No. 10,706.  Filed June 10, 1921.  Rehearing denied October 7, 1921.  Transfer denied November 29, 1921.]

APPEAL.—*Review.*—*Instructions.*—*Failure to Include Evidence in Record.*—*Presumptions.*—In the absence of the evidence from appellant's brief, it will be presumed that the instructions of which complaint is made on appeal, so far as they relate to the facts of the case, were within the evidence adduced at the trial, and if the evidence to which they relate was admissible under the issues, there was no error in giving them.

From Jefferson Circuit Court; *Carrol S. Tandy*, Special Judge.

Action between Alvin Young and Leslie Bear.  From the judgment rendered, the former appeals.  *Affirmed.*

*Charles T. Hanna* and *Thomas A. Daily*, for appellant.

*Curtis Marshall, Joseph R. Williams* and *Chalmer Schlosser*, for appellee.

PER CURIAM.—The only alleged errors presented by appellant in this case relate to the giving of certain instructions.  The evidence given upon the trial is entirely omitted from appellant's brief, and we must therefore presume that each of said instructions, of which complaint is now made, so far as they related to the facts of the case, were within the evidence adduced upon the trial.  If this evidence to which they so relate was admissible under the issues upon which the case was tried, there was no error in giving said instructions.  *Oleske* v. *Piotrowski* (1919), 71 Ind. App. 136, 124 N. E. 399; *Fostoria Oil Co.* v. *Gardner* (1919), 72 Ind. App. 509, 124 N. E. 467; *Lyons* v. *Souder* (1914), 56 Ind. App. 443, 105 N. E. 511.

Tested by these well established rules we cannot say, after an examination of each of said instructions complained of, that any error was committed in giving said instructions.  The judgment is therefore affirmed.